B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Michigan | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**COSTLESS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA COST LESS PET TREATS☐☐☐; DBA RUBYSPETTREATS.COM; DBA WHOLESALEPETTREATS.COM** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-5622523** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3302 Associates Drive**<br>**Burton, MI**<br>ZIP Code **48529** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Genesee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**COSTLESS, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **COSTLESS, INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Jeffrey A. Chimovitz P**
Signature of Attorney for Debtor(s)

**Jeffrey A. Chimovitz P 11840**
Printed Name of Attorney for Debtor(s)

**Jeffrey A. Chimovitz (P 11840)**
Firm Name

**7550 S. Saginaw Street, Ste 6**
**Grand Blanc, MI 48439**

Address

               **Email: jeffchimovitz@gmail.com**
**(810) 238-9615  Fax: (810) 238-11383**
Telephone Number

**April 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Matthew Ovadek**
Signature of Authorized Individual

**Matthew Ovadek**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 29, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

| | | |
|---|---|---|
| Alan Hitzelberger<br>2386 Village Woods<br>Grand Blanc, MI 48439 | David Vanitvelt<br>4417 Brighton Drive<br>Grand Blanc, MI 48439 | Loyst Fletcher<br>718 Beach Street<br>Flint, MI 48503 |
| Allen Wendling<br>7333 Old Timber Trail<br>New Lothrop, MI 48460 | Donley Voth<br>11578 Shell Bark Lane<br>Grand Blanc, MI 48439 | Marty Miller<br>6173 Pine Creek Court<br>Grand Blanc, MI 48439 |
| Apelsa<br>Abastecedores Pecuarios Lozano, SA DE CV<br>Camino a La Libertad No. SN-LA Libertad<br>Soledad De Graciano Sanchez 78437<br>San Luis Potosi, MX | Dorothy Hubbard<br>4396 Old Colony Drive<br>Flint, MI 48507 | mich |
| Asset Collections, Inc.<br>10505 SW Barbur Boulevard #301<br>Portland, OR 97219 | FedEx Truckload<br>P.O. Box 5000<br>Green, OH 44232-5000 | Michael Scannell<br>9244 Burning Tree<br>Grand Blanc, MI 48439 |
| Bone Brokers<br>2507 E. 21st<br>Des Moines, IA 50317 | Fritz and Janet Brohn<br>629 Pierce<br>Birmingham, MI 48009 | Mike Szuch<br>3780 Wedgewood Drive<br>Lapeer, MI 48446 |
| Bow Wow International<br>4621 Wilcox Road<br>Holt, MI 48842 | Hercules Plly, Inc.<br>315 Main Street<br>P.O. Box 240520<br>Eclectic, AL 36024 | Nicholas Weidenhammer<br>4286 Wilderness Court<br>Grand Blanc, MI 48439 |
| Caine & Weiner<br>1699 East Woodfield Road #360<br>Schaumburg, IL 60173 | IMS Trading<br>34 Passaic Street<br>Wood Ridge, NJ 07075 | Perimeter Logistics (PGL)<br>P.O. Box 975649<br>Dallas, TX 75397-5649 |
| CSM Sales<br>812 Ramsgate Court<br>Naperville, IL 60540 | IRS<br>Jason R. LaFave<br>917 N. Saginaw Street<br>Stop 94<br>Flint, MI 48503 | Philip Ockerman<br>2398 Stockbridge<br>Burton, MI 48509 |
| David Hugh Vanitvelt<br>1525 Kings Bridge<br>Grand Blanc, MI 48439 | Jeffrey Bonanni<br>3505 Mountain Laurel Court<br>Oakland, MI 48363 | Premium Pet Health<br>62368 Collection Center Drive<br>Chicago, IL 60693-0623 |
| David Palma<br>10057 Hunt Drive<br>Davison, MI 48423 | Joint Marketing Specialists<br>12018 S. Winslow Road, #100<br>Palos Park, IL 60464 | Purves Construction<br>11525 N. Saginaw Street<br>Clio, MI 48420 |

Quality Bag
P.O. Box 486
Bay City, MI 48707

Vision Solutions
P.O. Box 756
Grand Blanc, MI 48480

Sara Botkins
3668 Davison Road
Lapeer, MI 48446

Webcor
1220 N. Center Road
Burton, MI 48509

Stagnito Media Food Group
P.O. Box 66493
Chicago, IL 60666-0493

Zurich
C/O Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

State of Michigan
P.O. Box 30443
Lansing, MI 48909-7943

Taylor & Morgan
2302 Stoneridge
Building D
Flint, MI 48532

Todd's BBI
P.O. Box 4821
Des Moines, IA 50305-4821

Transworld Systems, Inc.
Collection Agency
507 Prudential Road
Horsham, PA 19044

Truckload Carriers of Chattanooga, LLC
P.O. Box 23889
Chattanooga, TN 37422

Uline
Attention: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

UPS Freight
Corporate Pre-Legal
700 Keystone Industrial Park
Scranton, PA 18512

## United States Bankruptcy Court
### Eastern District of Michigan

In re  **COSTLESS, INC.**  
Debtor(s)

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Matthew Ovadek**, declare under penalty of perjury that I am the **President** of **COSTLESS, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **20th** day of **April**, 20 **15**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Matthew Ovadek, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Matthew Ovadek**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Matthew Ovadek**, **President** of this Corporation is authorized and directed to employ **Jeffrey A. Chimovitz P 11840**, attorney and the law firm of **Jeffrey A. Chimovitz (P 11840)** to represent the corporation in such bankruptcy case."

Date **April 20, 2015**

Signed **/s/ Matthew Ovadek**  
**Matthew Ovadek**

Resolution of Board of Directors
of
**COSTLESS, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Matthew Ovadek, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Matthew Ovadek**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Matthew Ovadek**, **President** of this Corporation is authorized and directed to employ **Jeffrey A. Chimovitz P 11840**, attorney and the law firm of **Jeffrey A. Chimovitz (P 11840)** to represent the corporation in such bankruptcy case.

Date **April 20, 2015**      Signed **/s/ Steven Ovadek**

Date **April 20, 2015**      Signed **/s/ Richard Daly**