B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **COSTLESS, INC.**                      Case No. _____

                            Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Apelsa Abastecedores Pecuarios Lozano, SA DE CV Camino a La Libertad No. SN-LA Libertad Soledad De Graciano Sanchez 78437 San Luis Potosi, MX** | **Apelsa Abastecedores Pecuarios Lozano, SA DE CV Camino a La Libertad No. SN-LA Libertad San Luis Potosi, MX** | **Trade debt** | | **110,000.00** |
| **Bone Brokers 2507 E. 21st Des Moines, IA 50317** | **Bone Brokers 2507 E. 21st Des Moines, IA 50317** | **Trade debt** | | **51,544.04** |
| **Bow Wow International 4621 Wilcox Road Holt, MI 48842** | **Bow Wow International 4621 Wilcox Road Holt, MI 48842** | **Trade debt** | | **5,040.00** |
| **CSM Sales 812 Ramsgate Court Naperville, IL 60540** | **CSM Sales 812 Ramsgate Court Naperville, IL 60540** | **Trade debt** | | **4,793.29** |
| **Hercules Plly, Inc. 315 Main Street P.O. Box 240520 Eclectic, AL 36024** | **Hercules Plly, Inc. 315 Main Street P.O. Box 240520 Eclectic, AL 36024** | **Trade debt** | | **5,526.93** |
| **IMS Trading 34 Passaic Street Wood Ridge, NJ 07075** | **IMS Trading 34 Passaic Street Wood Ridge, NJ 07075** | **Trade debt** | | **32,762.05** |
| **IRS Jason R. LaFave 917 N. Saginaw Street Stop 94 Flint, MI 48503** | **IRS Jason R. LaFave 917 N. Saginaw Street Flint, MI 48503** | **Trade debt** | | **52,622.71** |
| **Joint Marketing Specialists 12018 S. Winslow Road, #100 Palos Park, IL 60464** | **Joint Marketing Specialists 12018 S. Winslow Road, #100 Palos Park, IL 60464** | **Trade debt** | | **4,000.00** |
| **Loyst Fletcher 718 Beach Street Flint, MI 48503** | **Loyst Fletcher 718 Beach Street Flint, MI 48503** | **attorney fees** | | **3,650.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **COSTLESS, INC.**                                      Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Perimeter Logistics (PGL)**<br>**P.O. Box 975649**<br>**Dallas, TX 75397-5649** | **Perimeter Logistics (PGL)**<br>**P.O. Box 975649**<br>**Dallas, TX 75397-5649** | **Trade debt** | | **12,167.51** |
| **Premium Pet Health**<br>**62368 Collection Center Drive**<br>**Chicago, IL 60693-0623** | **Premium Pet Health**<br>**62368 Collection Center Drive**<br>**Chicago, IL 60693-0623** | **Trade debt** | | **37,920.00** |
| **Purves Construction**<br>**11525 N. Saginaw Street**<br>**Clio, MI 48420** | **Purves Construction**<br>**11525 N. Saginaw Street**<br>**Clio, MI 48420** | **Trade debt** | | **23,000.00** |
| **Quality Bag**<br>**P.O. Box 486**<br>**Bay City, MI 48707** | **Quality Bag**<br>**P.O. Box 486**<br>**Bay City, MI 48707** | **Trade debt** | | **3,442.87** |
| **State of Michigan**<br>**P.O. Box 30443**<br>**Lansing, MI 48909-7943** | **State of Michigan**<br>**P.O. Box 30443**<br>**Lansing, MI 48909-7943** | **Trade debt** | | **19,469.79** |
| **Taylor & Morgan**<br>**2302 Stoneridge**<br>**Building D**<br>**Flint, MI 48532** | **Taylor & Morgan**<br>**2302 Stoneridge**<br>**Building D**<br>**Flint, MI 48532** | **Trade debt** | | **11,238.00** |
| **Todd's BBI**<br>**P.O. Box 4821**<br>**Des Moines, IA 50305-4821** | **Todd's BBI**<br>**P.O. Box 4821**<br>**Des Moines, IA 50305-4821** | **Trade debt** | | **11,150.03** |
| **Uline**<br>**Attention: Accounts Receivable**<br>**P.O. Box 88741**<br>**Chicago, IL 60680-1741** | **Uline**<br>**Attention: Accounts Receivable**<br>**P.O. Box 88741**<br>**Chicago, IL 60680-1741** | **Trade debt** | | **4,885.48** |
| **UPS Freight**<br>**Corporate Pre-Legal**<br>**700 Keystone Industrial Park**<br>**Scranton, PA 18512** | **UPS Freight**<br>**Corporate Pre-Legal**<br>**700 Keystone Industrial Park**<br>**Scranton, PA 18512** | **Trade debt** | | **2,989.60** |
| **Vision Solutions**<br>**P.O. Box 756**<br>**Grand Blanc, MI 48480** | **Vision Solutions**<br>**P.O. Box 756**<br>**Grand Blanc, MI 48480** | **Trade debt** | | **444,994.24** |
| **Webcor**<br>**1220 N. Center Road**<br>**Burton, MI 48509** | **Webcor**<br>**1220 N. Center Road**<br>**Burton, MI 48509** | **Trade debt** | | **19,130.52** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re **COSTLESS, INC.** _____        Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 29, 2015** _____        Signature   **/s/ Matthew Ovadek** _____
                                                            **Matthew Ovadek**
                                                            **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy